SCHNITZER SECURITIES Co., INC., Appellant, v. MAURICE SINGER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.